IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CRAIG BUNDRANT, | § § § | |
| Petitioner, | § § | |
| v. | § § | 2:10-CV-0288 |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### and DISMISSING GROUNDS 1 AND 2 OF THE
### APPLICATION FOR HABEAS CORPUS UNDER 28 U.S.C. § 2241

Came for consideration the Application for Habeas Corpus Under 28 U.S.C. § 2241 filed by petitioner on December 27, 2010. On June 26, 2012, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that grounds 1 and 2 of the application be dismissed. No objections to the Report and Recommendation have been filed.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, grounds 1 and 2 of the application for habeas corpus are DISMISSED. This Order does not constitute an adjudication of ground 3 of the application. Consequently, no Judgment shall issue at this time.

IT IS SO ORDERED.

ENTERED this 27th day of September 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE