IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CRAIG BUNDRANT, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:10-CV-0288 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### and DENYING GROUND 3 OF THE APPLICATION
### FOR HABEAS CORPUS UNDER 28 U.S.C. § 2241

Came for consideration the Application for Habeas Corpus Under 28 U.S.C. § 2241 filed by petitioner on December 27, 2010.[1] On September 7, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that ground 3 of the application be denied. No objections to the Report and Recommendation have been filed.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, ground 3 of the application for habeas corpus is DENIED.

IT IS SO ORDERED.

ENTERED this _26th_ day of _September_ 2016.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

---

[1]This case was administratively closed on July 20, 2012 and re-opened on September 26, 2013.